# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stamp Jr, Frederick P. | USDC/Northern West Virginia | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

P.O. Box 791
Wheeling, WV 26003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee-Emeritus | The Linsly School, Incorporated |
| 2. | Trustee-Emeritus | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. 2014 | Self-Employed Jewelry Manufacturing |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | C | Dividend | L | T | | | | | |
| 2. Alps ETF Tr Alerian MLP | D | Dividend | M | T | | | | | |
| 3. Automatic Data Processing | E | Dividend | O | T | | | | | |
| 4. JP Morgan Chase & Co | E | Dividend | O | T | Sold (part) | 08/22/14 | K | E | |
| 5. Bristol Myers Squibb Co. | E | Dividend | P1 | T | Sold (part) | 08/22/14 | K | E | |
| 6. CDK Global Inc (spinoff from Automatic Data Processing) | B | Dividend | M | T | Spinoff (from line 3) | 09/02/14 | M | | |
| 7. | | | | | Sold (part) | 10/06/14 | J | A | |
| 8. Coca-Cola Co | E | Dividend | O | T | | | | | |
| 9. Chevron Corp | D | Dividend | M | T | | | | | |
| 10. Conocophillips | D | Dividend | M | T | | | | | |
| 11. Dow Chemical Co | D | Dividend | M | T | | | | | |
| 12. EMC Corp Mass | C | Dividend | M | T | | | | | |
| 13. Exxon Mobil Corp Com | E | Dividend | O | T | | | | | |
| 14. Forum Funds Merk Hard Inst | B | Dividend | L | T | | | | | |
| 15. General Electric | E | Dividend | N | T | | | | | |
| 16. Google Inc Cl A | | None | L | T | | | | | |
| 17. Google Inc Cl C (spinoff Google Cl A) | | None | L | T | Spinoff (from line 16) | 04/03/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Hazlett, Burt & Watson, Inc. | A | Int./Div. | O | T | | | | | |
| 19. Intel Corp | D | Dividend | N | T | | | | | |
| 20. Intercontinental Exchange Group | B | Dividend | L | T | | | | | |
| 21. Invesco Select Real Est Y | D | Dividend | M | T | | | | | |
| 22. PPG Corp | C | Dividend | M | T | | | | | |
| 23. Pimco M Real Return Strat I | B | Dividend | | | Sold | 11/14/14 | L | | |
| 24. Wasatch Funds Inc 1st Source | B | Dividend | M | T | | | | | |
| 25. Zimmer Holdings | C | Dividend | O | T | | | | | |
| 26. 3M Company | C | Dividend | M | T | | | | | |
| 27. Century Properties X LP | D | Rent | M | W | | | | | |
| 28. Century Properties XI LP | D | Rent | J | W | | | | | |
| 29. Century Properties XII LP | C | Rent | L | W | | | | | |
| 30. Century Properties XIV LP | D | Rent | L | W | | | | | |
| 31. Century Properties XV LP | D | Rent | M | W | | | | | |
| 32. Century Properties XVI LP | E | Rent | M | W | | | | | |
| 33. Century Properties XVIII LP | D | Rent | M | W | | | | | |
| 34. Century Properties XIX LP | D | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Century Properties XX LP | D | Rent | M | W | | | | | |
| 36. Century Properties XXIII | D | Rent | M | W | | | | | |
| 37. 1990 Fed L Tax Credit Partners | | None | | | Closed | 01/02/14 | J | | |
| 38. MFS WV Muni Bond Fund | E | Interest | O | T | | | | | |
| 39. American Century Mutual Funds Inc Heritage | | None | M | T | | | | | |
| 40. T Rowe Price New Horizons | | None | N | T | Buy (add'l) | 12/15/14 | K | | |
| 41. Fidelity Prime Fund Capital Reserves "C" | A | Interest | N | T | | | | | |
| 42. Air Products & Chemicals Inc | E | Dividend | O | T | | | | | |
| 43. Allergan Inc | A | Dividend | N | T | | | | | |
| 44. Apple Computer Inc | D | Dividend | O | T | | | | | |
| 45. CR Bard Inc | B | Dividend | N | T | | | | | |
| 46. Caterpillar | D | Dividend | M | T | | | | | |
| 47. Chubb Corp | B | Dividend | M | T | | | | | |
| 48. Walt Disney Co | D | Dividend | O | T | | | | | |
| 49. Home Depot | E | Dividend | O | T | | | | | |
| 50. Ishares TR Future Issues China (Xinhua Index) | D | Dividend | N | T | | | | | |
| 51. Ishares-TR MSCI Emerging Market Index Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft | E | Dividend | O | T | | | | | |
| 53. Paychex Inc | D | Dividend | M | T | | | | | |
| 54. Pepsico | D | Dividend | N | T | | | | | |
| 55. Pinnacle West Cap CP | C | Dividend | M | T | | | | | |
| 56. Proctor & Gamble Co. | D | Dividend | N | T | | | | | |
| 57. Roper Industries Inc | D | Dividend | O | T | Sold (part) | 08/22/14 | K | E | |
| 58. Schlumberger Ltd | D | Dividend | N | T | Sold (part) | 08/22/14 | L | E | |
| 59. Varian Med Sys Inc | | None | N | T | | | | | |
| 60. Verizon Communications | C | Dividend | L | T | | | | | |
| 61. Walgreen Company | C | Dividend | M | T | | | | | |
| 62. Yum Brands Inc Com | D | Dividend | N | T | | | | | |
| 63. Chase Bank accounts | A | Interest | J | T | | | | | |
| 64. WesBanco Bank Accounts | A | Interest | J | T | | | | | |
| 65. General Mills | A | Dividend | K | T | | | | | |
| 66. WesBanco | A | Dividend | J | T | | | | | |
| 67. Riverview Assoc. | D | Rent | K | W | | | | | |
| 68. IRA #1 (Security National) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Federated Prime Obligations Fund | A | Dividend | J | T | | | | | |
| 70. Amgen | B | Dividend | L | T | | | | | |
| 71. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 72. CDK Global Inc (spinoff Automatic Data Processing) | | None | | | Spinoff (from line 71) | 09/24/14 | J | | |
| 73. | | | | | Sold (part) | 10/22/14 | J | A | |
| 74. | | | | | Sold | 11/18/14 | J | B | |
| 75. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 76. IBM | B | Dividend | K | T | | | | | |
| 77. Intel Corp | A | Dividend | K | T | | | | | |
| 78. Ishares MSCI EM Mkt | A | Dividend | K | T | | | | | |
| 79. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 80. BHP Billiton LTD | B | Dividend | K | T | | | | | |
| 81. Chubb Corp | A | Dividend | K | T | | | | | |
| 82. Cisco Systems Inc | A | Dividend | K | T | | | | | |
| 83. Dominion Resources Inc | B | Dividend | L | T | Sold (part) | 11/18/14 | K | D | |
| 84. Halyard Health (spinoff Kimberly Clark) | | None | J | T | Spinoff (from line 94) | 11/06/14 | J | | |
| 85. | | | | | Sold (part) | 11/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Home Depot Inc | B | Dividend | M | T | Sold (part) | 11/18/14 | K | D | |
| 87. Procter & Gamble Company | B | Dividend | L | T | | | | | |
| 88. Pepsico Inc | B | Dividend | L | T | | | | | |
| 89. PPG Inds Inc | A | Dividend | K | T | | | | | |
| 90. Qualcomm Inc | A | Dividend | K | T | Buy | 11/13/14 | K | | |
| 91. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 92. General Electric Co. | B | Dividend | K | T | | | | | |
| 93. Gilead Sciences Inc | | None | K | T | | | | | |
| 94. Kimberly Clark Corp | B | Dividend | L | T | | | | | |
| 95. Microsoft | A | Dividend | K | T | | | | | |
| 96. Omnicom Group | B | Dividend | L | T | | | | | |
| 97. Schlumberger Ltd | B | Dividend | K | T | | | | | |
| 98. AT&T Inc | B | Dividend | K | T | | | | | |
| 99. Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 100. Thermo Fisher | A | Dividend | K | T | | | | | |
| 101. EMC Corporation | B | Dividend | L | T | | | | | |
| 102. Ebay Inc | | None | K | T | Buy | 11/13/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. United Technologies | B | Dividend | K | T | | | | | |
| 104. Verizon | B | Dividend | K | T | | | | | |
| 105. Walt Disney Co | A | Dividend | L | T | | | | | |
| 106. Wells Fargo & Co | A | Dividend | K | T | Buy | 05/02/14 | K | | |
| 107. Trust #2 (Security National) | | | | | | | | | |
| 108. Federated Tax Free Obligations | A | Dividend | L | T | | | | | |
| 109. Sterling WV Intermediate Tax Free Fund | D | Dividend | N | T | | | | | |
| 110. ConocoPhillips | C | Dividend | M | T | | | | | |
| 111. Caterpillar Inc | C | Dividend | M | T | | | | | |
| 112. CR Bard | A | Dividend | M | T | | | | | |
| 113. Blackrock Inc | A | Dividend | M | T | Buy | 10/06/14 | K | | |
| 114. | | | | | Buy (add'l) | 11/25/14 | L | | |
| 115. Intel Corp | C | Dividend | M | T | | | | | |
| 116. IBM | C | Dividend | M | T | | | | | |
| 117. Ishares MSCI Emerging Markets Index | B | Dividend | K | T | | | | | |
| 118. Ishares TR S&P Small Cap 600 Growth | A | Dividend | L | T | | | | | |
| 119. Ishares TR S&P Small Cap 600 Value | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 121. Kraft Foods | B | Dividend | K | T | | | | | |
| 122. Mondelez Intl | B | Dividend | L | T | | | | | |
| 123. Constellation Brands | | None | M | T | | | | | |
| 124. Devon Energy | B | Dividend | M | T | | | | | |
| 125. EMC Corp | B | Dividend | M | T | | | | | |
| 126. Eaton Vance Floating Rate I | C | Dividend | M | T | | | | | |
| 127. Ebay Inc | | None | L | T | Buy | 11/25/14 | L | | |
| 128. Procter & Gamble Company | D | Dividend | N | T | | | | | |
| 129. Duke Energy | C | Dividend | M | T | | | | | |
| 130. Qualcomm Inc | A | Dividend | L | T | Buy | 05/27/14 | L | | |
| 131. Quest Diagnostics | B | Dividend | M | T | | | | | |
| 132. Schlumberger LTD | B | Dividend | M | T | | | | | |
| 133. Bristol-Myers Squibb Co. | D | Dividend | M | T | | | | | |
| 134. Zimmer Holdings | A | Dividend | M | T | | | | | |
| 135. 3M | D | Dividend | N | T | | | | | |
| 136. Omnicom Group | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Chevron Corp | D | Dividend | M | T | | | | | |
| 138. Chubb Corp | A | Dividend | L | T | | | | | |
| 139. Cisco Systems | | None | L | T | Buy | 10/06/14 | L | | |
| 140. Walt Disney Co | C | Dividend | L | T | | | | | |
| 141. Wells Fargo | B | Dividend | L | T | | | | | |
| 142. Weyerhaeuser Company | B | Dividend | L | T | | | | | |
| 143. Target | C | Dividend | | | Sold | 11/25/14 | M | E | |
| 144. Thermo Fisher | B | Dividend | N | T | | | | | |
| 145. Altria Group Inc | D | Dividend | M | T | | | | | |
| 146. Union Pacific Corp | D | Dividend | O | T | | | | | |
| 147. United Technologies Corp | B | Dividend | M | T | | | | | |
| 148. Verizon Communications | D | Dividend | M | T | | | | | |
| 149. Abbott Labs | B | Dividend | L | T | | | | | |
| 150. Abbvie | C | Dividend | M | T | | | | | |
| 151. Air Products & Chemicals | D | Dividend | N | T | | | | | |
| 152. Apple Inc | B | Dividend | L | T | | | | | |
| 153. Automatic Data Processing | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CDK Global (spinoff Automatic Data Processing) | | None | | | Spinoff (from line 153) | 10/06/14 | J | | |
| 155. | | | | | Sold (part) | 10/27/14 | J | A | |
| 156. | | | | | Sold | 11/25/14 | J | D | |
| 157. AT&T | D | Dividend | M | T | | | | | |
| 158. Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 159. General Mills Inc. | D | Dividend | M | T | | | | | |
| 160. Gilead Sciences Inc | | None | M | T | | | | | |
| 161. Google Inc CL A | | None | L | T | | | | | |
| 162. Google Inc CL C (Spinoff Google Class A) | | None | L | T | Spinoff (from line 161) | 04/10/14 | L | | |
| 163. Grainger WW Inc | D | Dividend | O | T | | | | | |
| 164. Home Depot | D | Dividend | N | T | | | | | |
| 165. Microsoft Corp Com | D | Dividend | N | T | | | | | |
| 166. Oracle Corp Com | D | Dividend | O | T | | | | | |
| 167. Philip Morris Intl Inc | D | Dividend | M | T | | | | | |
| 168. CVS | D | Dividend | N | T | | | | | |
| 169. Trust #3 | | | | | | | | | |
| 170. Aston FDS Tamro Small Cap Fd Cl 1 | | None | | | Sold | 08/22/14 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. AT&T | B | Dividend | K | T | | | | | |
| 172. Abbott Labs | A | Dividend | K | T | | | | | |
| 173. Abbvie | B | Dividend | L | T | | | | | |
| 174. Air Products & Chemicals | B | Dividend | L | T | | | | | |
| 175. Altria Group | B | Dividend | K | T | | | | | |
| 176. Dominion Resources | B | Dividend | K | T | | | | | |
| 177. EMC Corp | A | Dividend | L | T | | | | | |
| 178. Pepsico | B | Dividend | L | T | | | | | |
| 179. Philip Morris Int'l Inc | B | Dividend | L | T | | | | | |
| 180. Intel Corp | C | Dividend | M | T | | | | | |
| 181. Genuine Parts Co. | B | Dividend | L | T | | | | | |
| 182. Harbor Intl I | B | Dividend | L | T | | | | | |
| 183. Manning & Napier World Opportunity Ser Cl A | C | Dividend | K | T | | | | | |
| 184. Praxair Inc | A | Dividend | K | T | | | | | |
| 185. Eaton Vance Floating Rate | C | Dividend | L | T | | | | | |
| 186. b3M Company | B | Dividend | L | T | | | | | |
| 187. United Technologies | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Yum Brands | B | Dividend | L | T | | | | | |
| 189. Bristol-Myers Squibb | D | Dividend | M | T | | | | | |
| 190. California Res Corp (spinoff Occidental Pete Corp) | | None | J | T | Spinoff (from line 193) | 12/08/14 | K | | |
| 191. Canadian Nat'l Ry Co | B | Dividend | L | T | | | | | |
| 192. Chubb Corp | B | Dividend | M | T | | | | | |
| 193. Occidental Pete Corp | C | Dividend | L | T | | | | | |
| 194. PPG Industries | A | Dividend | L | T | | | | | |
| 195. Raytheon Corp | B | Dividend | L | T | Sold (part) | 04/10/14 | J | D | |
| 196. Wisconsin Energy Corp | B | Dividend | L | T | | | | | |
| 197. Wells Fargo & Co | B | Dividend | L | T | | | | | |
| 198. Entergy Corp New | B | Dividend | K | T | | | | | |
| 199. General Electric Company | C | Dividend | M | T | | | | | |
| 200. International Business Mach Corp | B | Dividend | L | T | | | | | |
| 201. Ishares MSCI EM Mrkt | A | Dividend | K | T | | | | | |
| 202. Ishares MSCI EAFE Index | B | Dividend | L | T | | | | | |
| 203. Ishares Cohen & Steers Rlty | C | Dividend | M | T | | | | | |
| 204. Ishares MSCI All CNTRY Asia Ex JP FD | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Archer Daniels Midland | B | Dividend | L | T | | | | | |
| 206. Blackrock Inc | A | Dividend | L | T | Buy | 08/22/14 | K | | |
| 207. Eagle Ser Mid Cap Stock Fd Class I | D | Dividend | M | T | | | | | |
| 208. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 209. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 210. Federated Tax-Free Obligation Fund | A | Dividend | K | T | | | | | |
| 211. JPMorgan Intermed TaxFree Bond | E | Dividend | O | T | | | | | |
| 212. JPMorgan Muni Income Fund | C | Dividend | M | T | | | | | |
| 213. JPMorgan High Yield Bond Fund | D | Dividend | M | T | | | | | |
| 214. JPMorgan Tr I Tax Aware Real Rtn Fd | B | Dividend | L | T | | | | | |
| 215. Payden High Income Fund | D | Dividend | M | T | | | | | |
| 216. Fidelity Advisor High Inc Adv | D | Dividend | M | T | | | | | |
| 217. General Mills | B | Dividend | L | T | | | | | |
| 218. Verizon | B | Dividend | K | T | | | | | |
| 219. Home Depot | C | Dividend | M | T | | | | | |
| 220. Microsoft Corp Com | C | Dividend | M | T | | | | | |
| 221. Cisco Systems | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 41

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Coca-Cola | B | Dividend | L | T | | | | | |
| 223. Colgate Palmolive Co | B | Dividend | L | T | | | | | |
| 224. Dodge & Cox Int'l Stock Fund | B | Dividend | L | T | | | | | |
| 225. Trust #4 (Security National) | | | | | | | | | |
| 226. Federated Government Obligations Fund | A | Dividend | J | T | | | | | |
| 227. 3M Co | A | Dividend | K | T | | | | | |
| 228. AT&T | A | Dividend | J | T | | | | | |
| 229. Chevron | A | Dividend | K | T | | | | | |
| 230. Duke Energy | A | Dividend | K | T | | | | | |
| 231. General Electric | A | Dividend | K | T | | | | | |
| 232. Abbott Labs | A | Dividend | J | T | | | | | |
| 233. Abbvie | A | Dividend | K | T | | | | | |
| 234. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 235. Conocophillips Com | A | Dividend | K | T | | | | | |
| 236. Halyard Health Inc (spinoff Kimberly Clark Corp) | | None | J | T | Spinoff (from line 241) | 11/06/14 | J | | |
| 237. | | | | | Sold (part) | 11/19/14 | J | A | |
| 238. IBM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Intel Corp | A | Dividend | K | T | | | | | |
| 240. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 241. Kimberly Clark Corp | A | Dividend | J | T | Sold (part) | 08/28/14 | J | C | |
| 242. | | | | | Sold (part) | 11/17/14 | J | C | |
| 243. Pepsico | A | Dividend | K | T | | | | | |
| 244. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 245. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 246. Schlumberger | A | Dividend | K | T | Sold (part) | 08/24/14 | J | C | |
| 247. United Technologies | A | Dividend | K | T | | | | | |
| 248. Verizon Communications | A | Dividend | J | T | | | | | |
| 249. Walt Disney Co | A | Dividend | K | T | | | | | |
| 250. Thermo Fisher | A | Dividend | K | T | Sold (part) | 08/28/14 | J | C | |
| 251. IRA #2 (HBW) | | None | J | T | | | | | |
| 252. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 253. Powershares QQQ TR Uunit Ser A | A | Dividend | K | T | | | | | |
| 254. S&P Depository Rec | A | Dividend | K | T | | | | | |
| 255. S&P Dow Jones Indl Avg EFT | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Prime Fund Capital Reserves "B" | A | Interest | M | T | | | | | |
| 257. Air Products & Checmical Inc | B | Dividend | L | T | Buy | 11/19/14 | L | | |
| 258. Allegion Pub LTD Co | D | Dividend | L | T | | | | | |
| 259. Allergan Inc | A | Dividend | N | T | | | | | |
| 260. Amazon.com Inc | | None | L | T | | | | | |
| 261. Caterpillar | C | Dividend | M | T | | | | | |
| 262. Coach Inc | D | Dividend | M | T | | | | | |
| 263. Coca Cola Inc | B | Dividend | K | T | | | | | |
| 264. Exxon Mobil Corp | E | Dividend | O | T | | | | | |
| 265. Home Depot | D | Dividend | N | T | | | | | |
| 266. Ishares Tr FTSE Xin Hua China | B | Dividend | L | T | | | | | |
| 267. IShares TR MSCI Emerging Mkt | B | Dividend | L | T | | | | | |
| 268. Lululemon Authentica Inc | | None | | | Sold | 06/26/14 | K | | |
| 269. Microsoft Corp. | D | Dividend | N | T | | | | | |
| 270. Pepsico | D | Dividend | N | T | | | | | |
| 271. Pinnacle West Capital Corp | B | Dividend | L | T | | | | | |
| 272. PPG Industries | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Praxair Inc | B | Dividend | L | T | Buy | 11/14/14 | L | | |
| 274. Varian Med Sys Inc | | None | M | T | | | | | |
| 275. Walgreen Co | A | Dividend | K | T | | | | | |
| 276. Yum Brands Inc Com | C | Dividend | M | T | | | | | |
| 277. Zimmer Holdings | A | Dividend | M | T | | | | | |
| 278. 3M Company | C | Dividend | M | T | | | | | |
| 279. Alps ETF TR Alerian MLP | D | Dividend | M | T | | | | | |
| 280. Apple Computer Inc | E | Dividend | P1 | T | | | | | |
| 281. AT&T | B | Dividend | K | T | | | | | |
| 282. JP Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 283. Bard CR Inc | A | Dividend | M | T | | | | | |
| 284. Blackrock Inc | B | Dividend | L | T | Buy | 08/22/14 | L | | |
| 285. Bristol Myers Squibb | E | Dividend | O | T | | | | | |
| 286. California Resources Corp (spinoff Occidental Petroleum Corp) | | None | J | T | Spinoff (from line 298) | 12/08/14 | J | | |
| 287. Chevron Corporation | D | Dividend | M | T | | | | | |
| 288. Chubb Corp | D | Dividend | N | T | | | | | |
| 289. Colgate Palmolive Co | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Conocophillips | D | Dividend | M | T | | | | | |
| 291. Ebay Inc | | None | L | T | Buy | 11/13/14 | L | | |
| 292. EMC Corp | B | Dividend | M | T | | | | | |
| 293. General Electric | D | Dividend | M | T | | | | | |
| 294. Gilead Sciences Inc | | None | L | T | | | | | |
| 295. Google Inc Cl A | | None | M | T | | | | | |
| 296. Google Inc Cl C (spinoff Google Inc Cl A) | | None | M | T | Spinoff (from line 295) | 04/03/14 | M | | |
| 297. HBW Inc | A | Int./Div. | N | W | | | | | |
| 298. Occidental Petroleum Corp | D | Dividend | M | T | | | | | |
| 299. Ingersoll Rand Co | C | Dividend | M | T | | | | | |
| 300. Intel Corp | C | Dividend | M | T | | | | | |
| 301. Panera Bread Co Cl A | | None | N | T | | | | | |
| 302. Starbucks | D | Dividend | O | T | | | | | |
| 303. Roper Industries Inc | A | Dividend | L | T | | | | | |
| 304. Target Corp | C | Dividend | | | Sold | 11/14/14 | M | F | |
| 305. Thermo Fisher Scientific | A | Dividend | M | T | | | | | |
| 306. Verizon Communications | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Wesbanco | D | Dividend | N | T | | | | | |
| 308. Whole Foods Market Inc | C | Dividend | N | T | | | | | |
| 309. MFS WV Muni Bond Fd | E | Interest | O | T | | | | | |
| 310. Pimco M Real Return Strat I | A | Dividend | | | Sold | 11/14/14 | M | F | |
| 311. American Century Mutual Funds Inc Heritage | | None | M | T | | | | | |
| 312. Forum Funds Merk Hard Inst | B | Dividend | L | T | | | | | |
| 313. Invesco Select Real Est Y | D | Dividend | M | T | | | | | |
| 314. T Rowe Price New Horizons A | | None | N | T | Buy (add'l) | 12/15/14 | K | | |
| 315. Wasatch Funds Inc 1st Source Long-Short | B | Dividend | M | T | | | | | |
| 316. Trust #5 | | | | | | | | | |
| 317. Federated Money Market US Treasury Cash Reserves | A | Dividend | J | T | | | | | |
| 318. A&T | A | Dividend | J | T | | | | | |
| 319. Cisco Systems | A | Dividend | K | T | | | | | |
| 320. Conoco Phillips | A | Dividend | K | T | | | | | |
| 321. Continental Resources | | None | J | T | Buy | 08/18/14 | J | | |
| 322. Danaher Corp | A | Dividend | K | T | | | | | |
| 323. Eaton Corp PLC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Ensco Int'l | | None | | | Sold | 08/18/14 | J | C | |
| 325. General Electric | B | Dividend | K | T | | | | | |
| 326. Honeywell | A | Dividend | K | T | | | | | |
| 327. Kinder Morgan Energy | | None | K | T | Sold (part) | 11/26/14 | K | E | |
| 328. | | | | | Buy (add'l) | 11/26/14 | K | | |
| 329. Kohls | A | Dividend | J | T | | | | | |
| 330. McDonalds | A | Dividend | J | T | | | | | |
| 331. McKesson Corp | A | Dividend | K | T | | | | | |
| 332. Oracle Systems | A | Dividend | K | T | | | | | |
| 333. Phillips 66 | A | Dividend | J | T | | | | | |
| 334. PPG Industries | A | Dividend | K | T | | | | | |
| 335. Toronto Dominion Bank | A | Dividend | K | T | | | | | |
| 336. Actavis | | None | L | T | | | | | |
| 337. Wells Fargo | A | Dividend | J | T | | | | | |
| 338. WesMark Bond Fund #556 | B | Dividend | L | T | | | | | |
| 339. Trust #6 | | | | | | | | | |
| 340. Federated Money Market US Treasury Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. AT&T | C | Dividend | L | T | | | | | |
| 342. Apple Computer | C | Dividend | M | T | | | | | |
| 343. Boeing Company | B | Dividend | L | T | | | | | |
| 344. Bristol Myers Squibb | D | Dividend | O | T | | | | | |
| 345. Cisco Systems | B | Dividend | K | T | | | | | |
| 346. Coca Cola Co | B | Dividend | L | T | | | | | |
| 347. Commerce Bancshares | B | Dividend | O | T | | | | | |
| 348. Conoco Phillips | B | Dividend | K | T | | | | | |
| 349. Continental Resources | | None | K | T | Buy | 08/18/14 | K | | |
| 350. Eaton Corp | B | Dividend | K | T | | | | | |
| 351. Ensco Int'l Inc | | None | | | Sold | 08/18/14 | K | D | |
| 352. Exxon Mobil | B | Dividend | L | T | | | | | |
| 353. Nextera Energy | B | Dividend | L | T | | | | | |
| 354. Federated Total Return Bond Fund | D | Dividend | M | T | | | | | |
| 355. Fluor Corp | A | Dividend | K | T | | | | | |
| 356. General Electric | C | Dividend | L | T | | | | | |
| 357. General Mills | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  IBM | B | Dividend | K | T | | | | | |
| 359.  JP Morgan Chase & Co | D | Dividend | N | T | | | | | |
| 360.  Kinder Morgan Energy | | None | L | T | Sold (part) | 11/26/14 | L | F | |
| 361. | | | | | Buy (add'l) | 11/26/14 | L | | |
| 362.  Kohls | A | Dividend | K | T | | | | | |
| 363.  McDonalds | A | Dividend | K | T | | | | | |
| 364.  Mondelez Intl | A | Dividend | K | T | | | | | |
| 365.  Phillips 66 | A | Dividend | K | T | | | | | |
| 366.  PPG Industries | B | Dividend | M | T | | | | | |
| 367.  Precision Cast Parts | A | Dividend | L | T | | | | | |
| 368.  Qualcom Inc | A | Dividend | K | T | | | | | |
| 369.  Vanguard Emerging VIP | A | Dividend | L | T | | | | | |
| 370.  Activis PLC | | None | M | T | | | | | |
| 371.  WesMark Bond Fund #556 | D | Dividend | N | T | Sold (part) | 12/29/14 | L | | |
| 372.  Woodward Inc | A | Dividend | K | T | | | | | |
| 373.  Weatherford Intl | | None | | | Sold | 08/18/14 | K | E | |
| 374.  Trust #7 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. Wesmark WV Muni Bd Fnd #548 | E | Dividend | P1 | T | Buy (add'l) | 09/24/14 | K | | |
| 376. Wesmark Small Co Growth Fd #391 | D | Dividend | N | T | | | | | |
| 377. AT&T | C | Dividend | L | T | | | | | |
| 378. Apple Computer | D | Dividend | N | T | | | | | |
| 379. Artisan International Fd #661 | B | Dividend | M | T | | | | | |
| 380. Artisan MidCap Fund Class I | E | Dividend | M | T | | | | | |
| 381. Automatic Data Processing | B | Dividend | L | T | | | | | |
| 382. BP PLC | D | Dividend | M | T | | | | | |
| 383. Bank of Hawaii | B | Dividend | | | Sold | 07/21/14 | L | E | |
| 384. Boeing Co | C | Dividend | M | T | | | | | |
| 385. Borg Warner Inc | B | Dividend | M | T | | | | | |
| 386. Bristol-Myers Squibb Co. | D | Dividend | N | T | | | | | |
| 387. CDK Global Inc (spinoff Automatic Data Processing) | A | Dividend | J | T | Spinoff (from line 381) | 09/24/14 | J | | |
| 388. Celgene | | None | M | T | | | | | |
| 389. Conoco Phillips | D | Dividend | M | T | | | | | |
| 390. Chevron Corp | F | Dividend | P1 | T | | | | | |
| 391. Cisco Systems | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Costco Wholeslae Corp | B | Dividend | M | T | | | | | |
| 393. Deere & Co | | None | | | Sold | 07/21/14 | M | F | |
| 394. Dow Chemical Co | B | Dividend | L | T | | | | | |
| 395. EMC Corp | C | Dividend | M | T | | | | | |
| 396. EOG Resources | D | Dividend | P1 | T | | | | | |
| 397. Express Scripts | | None | M | T | | | | | |
| 398. Eaton Corp | C | Dividend | M | T | | | | | |
| 399. Federated Intercontinental Fund #176 | B | Dividend | M | T | | | | | |
| 400. Fifth Third Bancorp | B | Dividend | L | T | | | | | |
| 401. General Electric Co. | D | Dividend | N | T | | | | | |
| 402. Gileas Sciences | | None | M | T | Buy | 07/21/14 | L | | |
| 403. Google Inc Cl A | | None | M | T | | | | | |
| 404. Google Inc Cl C (spinoff Google CL A) | | None | M | T | Spinoff (from line 403) | 04/03/14 | L | | |
| 405. Home Depot | C | Dividend | M | T | | | | | |
| 406. 3M | C | Dividend | M | T | | | | | |
| 407. IBM | C | Dividend | M | T | | | | | |
| 408. Invesco Intl Growth Fd Cl I | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Mondelez International | B | Dividend | M | T | | | | | |
| 410. Oracle Systems | B | Dividend | M | T | | | | | |
| 411. PNC Financial Svc | C | Dividend | M | T | | | | | |
| 412. Parker-Hannifin | B | Dividend | L | T | | | | | |
| 413. Pepsico Inc | D | Dividend | M | T | | | | | |
| 414. Petsmart Inc | A | Dividend | L | T | | | | | |
| 415. Phillips 66 | C | Dividend | M | T | | | | | |
| 416. Proctor & Gamble Co | D | Dividend | M | T | | | | | |
| 417. Qualcomm Inc | B | Dividend | M | T | | | | | |
| 418. Texas Instruments Inc | D | Dividend | N | T | | | | | |
| 419. Union Pacific Corp | B | Dividend | M | T | | | | | |
| 420. United Technologies | D | Dividend | N | T | | | | | |
| 421. US Bancorp | | None | L | T | Buy | 07/21/14 | L | | |
| 422. WesBanco, Inc. | C | Dividend | M | T | | | | | |
| 423. Zimmer Holdings Inc | A | Dividend | M | T | | | | | |
| 424. Trust #8 | | | | | Closed | 10/17/14 | | | |
| 425. AT&T | C | Dividend | | | Closed | 10/17/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Apple Computer | A | Dividend | | | Closed | 10/17/14 | M | | |
| 427. Artisan Midcap Fd Cl I #962 | | None | | | Closed | 10/17/14 | M | | |
| 428. Artisan International Fd #661 | | None | | | Closed | 10/17/14 | L | | |
| 429. Bank of Hawaii | B | Dividend | | | Sold | 07/21/14 | L | D | |
| 430. Boeing Company | B | Dividend | | | Closed | 10/17/14 | L | | |
| 431. Borgwarner Inc. | A | Dividend | | | Closed | 10/17/14 | L | | |
| 432. Celgene | | None | | | Closed | 10/17/14 | M | | |
| 433. Chevron Corp | D | Dividend | | | Closed | 10/17/14 | N | | |
| 434. Cisco Systems | C | Dividend | | | Closed | 10/17/14 | M | | |
| 435. Conoco Phillips | D | Dividend | | | Sold (part) | 07/29/14 | J | A | |
| 436. | | | | | Closed | 10/17/14 | M | | |
| 437. Costco Wholesale Corp | B | Dividend | | | Closed | 10/17/14 | M | | |
| 438. Deere & Co | B | Dividend | | | Sold | 07/21/14 | M | F | |
| 439. Dow Chemical | B | Dividend | | | Closed | 10/17/14 | L | | |
| 440. Eaton Corp | B | Dividend | | | Closed | 10/17/14 | L | | |
| 441. Express Scripts Hldg Co | | None | | | Closed | 10/17/14 | K | | |
| 442. Exxon Mobil Corp | D | Dividend | | | Closed | 10/17/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Federated Intercontinental #176 | | None | | | Closed | 10/17/14 | M | | |
| 444. General Electric Co common | D | Dividend | | | Closed | 10/17/14 | O | | |
| 445. Gilead Sciences Inc | | None | | | Buy | 07/21/14 | L | | |
| 446. | | | | | Closed | 10/17/14 | L | | |
| 447. Google Cl A | | None | | | Closed | 10/17/14 | L | | |
| 448. Google Cl C (Spinoff Google Cl A) | | None | | | Spinoff (from line 447) | 04/03/14 | K | | |
| 449. | | | | | Closed | 10/17/14 | K | | |
| 450. Home Depot | B | Dividend | | | Closed | 10/17/14 | L | | |
| 451. JP Morgan Chase | B | Dividend | | | Closed | 10/17/14 | L | | |
| 452. Lyondellbasell Industries | A | Dividend | | | Buy | 07/21/14 | L | | |
| 453. | | | | | Closed | 10/17/14 | L | | |
| 454. McKesson Corp | A | Dividend | | | Closed | 10/17/14 | L | | |
| 455. Mondelez Intl | A | Dividend | | | Closed | 10/17/14 | L | | |
| 456. 3M | B | Dividend | | | Closed | 10/17/14 | M | | |
| 457. Pepsico Inc common | C | Dividend | | | Closed | 10/17/14 | M | | |
| 458. Petsmart Inc | A | Dividend | | | Closed | 10/17/14 | L | | |
| 459. Phillips 66 | B | Dividend | | | Closed | 10/17/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 41

**Name of Person Reporting**

Stamp Jr, Frederick P.

**Date of Report**

05/15/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. PNC Financial | B | Dividend | | | Closed | 10/17/14 | L | | |
| 461. Proctor & Gamble | B | Dividend | | | Closed | 10/17/14 | L | | |
| 462. Rockwell Automation | B | Dividend | | | Closed | 10/17/14 | L | | |
| 463. Texas Instruments | C | Dividend | | | Closed | 10/17/14 | M | | |
| 464. Union Pacific Corp | A | Dividend | | | Closed | 10/17/14 | L | | |
| 465. United Technologies Corp | B | Dividend | | | Closed | 10/17/14 | M | | |
| 466. US Bancorp | | None | | | Buy | 07/21/14 | L | | |
| 467. | | | | | Closed | 10/17/14 | L | | |
| 468. Actavis, Inc. | | None | | | Closed | 10/17/14 | J | | |
| 469. Wesbanco | C | Dividend | | | Closed | 10/17/14 | M | | |
| 470. Wesmark WV Muni Bond Fund #548 | A | Dividend | | | Closed | 10/17/14 | M | | |
| 471. WesMark Small Co Growth Fund | D | Dividend | | | Closed | 10/17/14 | O | | |
| 472. EMC Corp | B | Dividend | | | Closed | 10/17/14 | L | | |
| 473. Trust #9 | | | | | | | | | |
| 474. Apple Computer | C | Dividend | M | T | | | | | |
| 475. Artisan International Fund #661 | A | Dividend | L | T | | | | | |
| 476. Artisan MidCap Fund Cl I | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Boeing Co | A | Dividend | K | T | | | | | |
| 478. Borgwarner Inc | A | Dividend | K | T | | | | | |
| 479. Celgene | | None | L | T | | | | | |
| 480. Conoco Phillips | B | Dividend | K | T | | | | | |
| 481. Cisco Systems | B | Dividend | K | T | | | | | |
| 482. Continental Resources | | None | J | T | Buy | 07/21/14 | K | | |
| 483. Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 484. Coviden PLC | A | Dividend | | | Sold | 07/21/14 | K | D | |
| 485. Deere & Co | A | Dividend | | | Sold | 07/21/14 | K | E | |
| 486. Dow Chemical Co | B | Dividend | K | T | | | | | |
| 487. Eaton Corp PLC | A | Dividend | K | T | | | | | |
| 488. Ensco Int'l | A | Dividend | | | Sold | 07/21/14 | K | D | |
| 489. EOG Resources | A | Dividend | M | T | | | | | |
| 490. Express Scripts Holding Co | | None | K | T | | | | | |
| 491. Federated Intercontinental Fund #176 | A | Dividend | K | T | | | | | |
| 492. Gilead Sciences Inc | | None | K | T | Buy | 07/21/14 | K | | |
| 493. Haliburton | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 41

**Name of Person Reporting**

Stamp Jr, Frederick P.

**Date of Report**

05/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. Home Depot | A | Dividend | K | T | | | | | |
| 495. Hotchkis & Wiley Mid Cap Value Fund | D | Dividend | L | T | Buy | 07/22/14 | L | | |
| 496. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 497. Lyondellbasell Industries | A | Dividend | K | T | Buy | 07/22/14 | K | | |
| 498. Macys | A | Dividend | K | T | | | | | |
| 499. Merck & Comapany | A | Dividend | K | T | | | | | |
| 500. Mondelez Intl | A | Dividend | K | T | | | | | |
| 501. Nike Inc Class B | A | Dividend | K | T | | | | | |
| 502. PNC Financial Services | A | Dividend | K | T | | | | | |
| 503. 3M | B | Dividend | L | T | | | | | |
| 504. Pepsico | B | Dividend | K | T | | | | | |
| 505. Petsmart | A | Dividend | K | T | | | | | |
| 506. Splunk Inc | | None | K | T | | | | | |
| 507. Texas Instruments | B | Dividend | L | T | | | | | |
| 508. Union Pacific Corp | A | Dividend | K | T | | | | | |
| 509. United Technologies | B | Dividend | M | T | | | | | |
| 510. US Bancorp | | None | K | T | Buy | 07/21/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 41

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. WesMark WV Muni #548 | B | Dividend | L | T | Sold (part) | 07/28/14 | K | A | |
| 512. | | | | | Sold (part) | 09/24/14 | J | A | |
| 513. WesMark Small Co Growth Fund | B | Dividend | L | T | | | | | |
| 514. WesBanco | C | Dividend | M | T | | | | | |
| 515. EMC Corp | B | Dividend | L | T | | | | | |
| 516. Trust #10 (Security National) | | | | | | | | | |
| 517. AT&T | B | Dividend | K | T | | | | | |
| 518. Abbott Labs | A | Dividend | K | T | | | | | |
| 519. Abbvie | B | Dividend | K | T | | | | | |
| 520. Air Prods & Chems Inc | C | Dividend | M | T | Sold (part) | 08/22/14 | K | D | |
| 521. Apple Inc | B | Dividend | M | T | | | | | |
| 522. Caterpillar Inc | B | Dividend | L | T | Sold (part) | 08/22/14 | K | D | |
| 523. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 524. Chubb Corp | A | Dividend | L | T | | | | | |
| 525. Devon Energy | B | Dividend | L | T | Sold (part) | 08/22/14 | J | D | |
| 526. Dominion Resources | B | Dividend | L | T | Sold (part) | 05/02/14 | K | D | |
| 527. Duke Energy Corp | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 41

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. EMC Corp | A | Dividend | L | T | | | | | |
| 529. Exxon Mobil | C | Dividend | M | T | | | | | |
| 530. General Electric | B | Dividend | L | T | | | | | |
| 531. Gilead Sciences Inc | | None | K | T | | | | | |
| 532. Halyard Health Inc (Spinoff Kimberly Clark) | | None | J | T | Spinoff (from line 538) | 11/06/14 | J | | |
| 533. | | | | | Sold (part) | 11/19/14 | J | A | |
| 534. Home Depot | C | Dividend | M | T | | | | | |
| 535. Intel | B | Dividend | L | T | | | | | |
| 536. IBM | C | Dividend | L | T | | | | | |
| 537. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 538. Kimberly Clark | A | Dividend | K | T | | | | | |
| 539. Federated Prime Obligations | A | Dividend | L | T | | | | | |
| 540. Omnicom Gr | B | Dividend | L | T | | | | | |
| 541. Oracle | B | Dividend | M | T | | | | | |
| 542. Pepsico Inc | B | Dividend | L | T | | | | | |
| 543. Proctor & Gamble | C | Dividend | M | T | | | | | |
| 544. PNC Financial Svcs Group | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Quest Diagnostics | A | Dividend | | | Sold (part) | 03/21/14 | K | | |
| 546. | | | | | Sold | 05/02/14 | K | | |
| 547. Thermo Fisher Scientific Inc | A | Dividend | L | T | | | | | |
| 548. United Technologies | B | Dividend | K | T | | | | | |
| 549. Verizon Communications | B | Dividend | K | T | | | | | |
| 550. Zimmer Holdings | A | Dividend | K | T | | | | | |
| 551. Trust #11 (Security Nat'l) | | | | | | | | | |
| 552. Federal Prime - Obligations | A | Dividend | M | T | | | | | |
| 553. FHLB 4.75% due 11/14/14 | B | Interest | | | Matured | 11/14/14 | K | A | |
| 554. Vanguard ST Investment Grade Fund | C | Dividend | M | T | | | | | |
| 555. AT&T | B | Dividend | K | T | | | | | |
| 556. Abbott Labs | A | Dividend | K | T | | | | | |
| 557. Abbvie | B | Dividend | K | T | | | | | |
| 558. Air Prods & Chems Inc | A | Dividend | K | T | | | | | |
| 559. Apple Inc | B | Dividend | L | T | | | | | |
| 560. Automatic Data Processing | B | Dividend | L | T | | | | | |
| 561. BHP Billiton LTD | B | Dividend | | | Sold | 10/06/14 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Stamp Jr, Frederick P.**

Date of Report

05/15/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  Bard CR Inc Com | A | Dividend | K | T | | | | | |
| 563.  Blackrock Inc | A | Dividend | K | T | Buy | 10/09/14 | J | | |
| 564.  CVS | A | Dividend | K | T | | | | | |
| 565.  Caterpillar Inc | B | Dividend | K | T | | | | | |
| 566.  CDK Global (Spinoff Automatic Data Processing) | A | Dividend | | | Spinoff (from line 560) | 10/06/14 | J | | |
| 567. | | | | | Sold (part) | 10/22/14 | J | A | |
| 568. | | | | | Sold | 12/01/14 | J | D | |
| 569.  Chevron Corporation | B | Dividend | K | T | | | | | |
| 570.  Chubb Corp | B | Dividend | L | T | | | | | |
| 571.  Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 572.  Colgate Palmolive | B | Dividend | L | T | | | | | |
| 573.  Conocophillips | C | Dividend | L | T | | | | | |
| 574.  Dow Chemical | A | Dividend | K | T | | | | | |
| 575.  Duke Energy | B | Dividend | L | T | | | | | |
| 576.  Ebay Inc | | None | K | T | Buy | 10/09/14 | K | | |
| 577.  EMC Corp Mass | A | Dividend | K | T | | | | | |
| 578.  Exxon Mobil | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Stamp Jr, Frederick P.

05/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. Thermo Fisher | A | Dividend | L | T | | | | | |
| 580. General Electric Co | A | Dividend | K | T | | | | | |
| 581. Gilead Sciences Inc | | None | L | T | | | | | |
| 582. Home Depot | B | Dividend | L | T | | | | | |
| 583. IBM | A | Dividend | K | T | | | | | |
| 584. Intel Corp | B | Dividend | L | T | | | | | |
| 585. Ishares MSCI Emerging Mkts | A | Dividend | K | T | | | | | |
| 586. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 587. Microsoft | A | Dividend | K | T | | | | | |
| 588. Omnicom Group | A | Dividend | K | T | | | | | |
| 589. Pepsico Inc | B | Dividend | K | T | | | | | |
| 590. PPG Industries | A | Dividend | K | T | | | | | |
| 591. Praxair | A | Dividend | K | T | | | | | |
| 592. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 593. Qualcomm Inc | A | Dividend | K | T | Buy | 11/03/14 | K | | |
| 594. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 595. Schlumberger Ltd | A | Dividend | | | Sold | 10/06/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Stamp Jr, Frederick P.

05/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Target | B | Dividend | | | Sold | 12/01/14 | K | D | |
| 597. 3M Com | B | Dividend | L | T | | | | | |
| 598. United Technologies | A | Dividend | K | T | | | | | |
| 599. Verizon Communications | B | Dividend | K | T | | | | | |
| 600. Walgreen Co | B | Dividend | L | T | | | | | |
| 601. Wells Fargo | A | Dividend | K | T | Buy | 06/03/14 | K | | |
| 602. Zimmer Holdings | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #8 Lines #424-472 terminated and closed effective October 17, 2014.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. Stamp Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544